UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | Case No. 1:21-cr-00038 (CRC) |
| ) | |
| RICHARD BARNETT,    ) | |
| ) | |
| Defendant.  ) | |

## DEFENDANT'S MOTION FOR ARRAIGNMENT WITH FULL READING OF THE INDICTMENT ON JANUARY 10, 2023 PRIOR TO JURY EMPANELMENT

Comes now the Defendant, Richard Barnett, by and through undersigned attorneys, and respectfully requests that this Court schedule his arraignment on January 10, 2023 with a full reading of the superseding indictment on the record taken by the court reporter prior to jury empanelment and trial start, and states in support:

Mr. Barnett does not waive his arraignment given the superseding indictment at ECF No. 96.

Mr. Barnett does not waive a full and complete reading of the indictment's charges on the court record.

Wherefore, Mr. Barnett requests that the Court observe his rights and schedule his arraignment for the superseding indictment on January 10, 2023 prior to trial start.

Dated January 9, 2023                                            Respectfully submitted,

/s/ Jonathan S. Gross                                            /s/ Joseph D. McBride, Esq
Jonathan S. Gross                                                Joseph D. McBride, Esq.
Bar ID: MD0162                                                   Bar ID: NY0403
2833 Smith Ave, Suite 331                                        THE MCBRIDE LAW FIRM, PLLC
Baltimore, MD 21209                                              99 Park Avenue, 6th Floor
p: (443) 813-0141                                                New York, NY 10016
e: jon@clevengerfirm.com                                         e: jmcbride@mcbridelawnyc.com

/s/ Bradford L. Geyer                                            /s/ Carolyn Stewart
Bradford L. Geyer                                                Carolyn Stewart
FormerFedsGroup.com, LLC                                         Stewart Country Law, PA
141 I Route 130, Suite 303                                       1204 Swilley Rd
Cinnaminson, NY 08077                                            Plant City, FL 33567
e: Brad@FormerFedsGroup.com                                      e: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 9th day of January 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Carolyn Stewart Esq.
Carolyn Stewart, Esq.